# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** | **ROLAND BISHOP** | **:** | **CHAPTER 13** |
| | | **:** | |
| | **Debtor** | **:** | **BANKRUPTCY NO. 16-18359** |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw Application for Compensation of Counsel Fees in the above debtor's case, docket number 20, filed by YOUNG, MARR & ASSOCIATES as the case is to be dismissed with no payments having been made.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: 5/11/17