United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18359-mdc
Roland G. Bishop                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: May 12, 2017
                              Form ID: pdf900           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.
```
db            +Roland G. Bishop,    112 Hampstead Drive,    Ambler, PA 19002-4954
aty           +LARRY S. EISMAN, ESQ BUTLER PARK CONDOMINIUM ASSOC,    11 ELLIOTT AVENUE,   SUITE 200,
                BRYN MAWR, PA  19010,    UNITED STATES 19010-3407
13887689      +BUTLER PARK CONDOMINIUM ASSOCIATION,    C/O LARRY S. EISMAN, ESQUIRE,
                11 ELLIOTT AVENUE,SUITE 200,    BRYN MAWR, PA 19010-3407
13831948      +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
13831953      +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
13912589      +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
                P.O. Box 55004,    Irvine, CA 92619-5004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov May 13 2017 01:03:40      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2017 01:02:38
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 13 2017 01:03:37     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13900019       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 13 2017 01:06:24
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13831950      +E-mail/Text: csd1clientservices@cboflanc.com May 13 2017 01:04:14
                Credit Bureau of Lancater County, Inc,    218 West Orange St,    Lancaster, PA 17603-3746
13831949      +E-mail/Text: csd1clientservices@cboflanc.com May 13 2017 01:04:14
                Credit Bureau of Lancater County, Inc,    Po Box 1271,    Lancater, PA 17608-1271
13831951      +E-mail/PDF: creditonebknotifications@resurgent.com May 13 2017 01:06:29      Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
13831952      +E-mail/PDF: creditonebknotifications@resurgent.com May 13 2017 01:06:34      Credit One Bank Na,
                Po Box 98875,    Las Vegas, NV 89193-8875
13879476       E-mail/Text: JCAP_BNC_Notices@jcap.com May 13 2017 01:03:29      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13907468       E-mail/PDF: resurgentbknotifications@resurgent.com May 13 2017 01:06:35
                LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13893488       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2017 07:25:51
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13831955      +E-mail/PDF: gecsedi@recoverycorp.com May 13 2017 01:06:27      Synchrony Bank/Lowes,
                Po Box 956005,    Orlando, FL 32896-0001
13831954      +E-mail/PDF: gecsedi@recoverycorp.com May 13 2017 01:06:21      Synchrony Bank/Lowes,
                Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0313-2            User: Stacey               Page 2 of 2                   Date Rcvd: May 12, 2017
                                Form ID: pdf900            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         LARRY S. EISMAN    on behalf of Attorney LARRY S. EISMAN, ESQ  BUTLER PARK CONDOMINIUM ASSOCIATION
          Larry@Eisman.us, lse664@aol.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
          bkgroup@kmllawgroup.com
         PAUL H. YOUNG    on behalf of Debtor Roland G. Bishop ykassoc@gmail.com, ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                   TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROLAND G. BISHOP                                Chapter 13

           Debtor                           Bankruptcy No. 16-18359-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _11th_ day of _May_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
ROLAND G. BISHOP

112 HAMPSTEAD DRIVE

AMBLER, PA 19002